Fill in this information to identify the case:

Debtor name: **WestMountain Gold, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BOCO Investments, LLC<br>262 East Mountain Avenue<br>Fort Collins, CO 80524 | | Loans | | | | $6,091,255.00 |
| Giuseppe Dessi<br>Method Investment and Advisory<br>32 Saint Oswald's Place<br>London, UK SE11 5JE | | | | | | $1,000,000.00 |
| Ruen Drilling, Inc.<br>P.O. Box 267<br>2320 River Road<br>Clark Fork, ID 83811 | | Trade Debt | | | | $256,091.89 |
| Fifth Avenue Law Group, Inc.<br>701 Fifth Avenue<br>Suite 2800<br>Seattle, WA 98104 | | Trade Debt | Disputed | | | $58,680.54 |
| EKS&H<br>7979 East Tufts Avenue<br>Suite 400<br>Denver, CO 80237-2521 | | Trade Debt | | | | $40,000.00 |
| Crowell Moring<br>275 Battery Street<br>23rd Floor<br>San Francisco, CA 94111 | | Trade Debt | Disputed | | | $38,040.12 |

Debtor   **WestMountain Gold, Inc.**   Case number *(if known)*
_____Name_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Behre Dolbear & Company 6430 South Fiddlers Green Circle Suite 250 Greenwood Village, CO 80111 | | Trade Debt | Disputed | | | $19,995.47 |
| Lake and Peninsula Airlines, Inc. 3323 Dry Creek Port Alsworth, AK 99653 | | Trade Debt | | | | $19,105.00 |
| ALS Minerals, Inc. 4977 Energy Way Reno, NV 89502 | | Trade Debt | | | | $18,351.53 |
| Gustavson Associates, LLC 5757 Central Avenue Suite D Boulder, CO 80301 | | Trade Debt | | | | $18,017.66 |
| Noise Production, Inc. | | Trade Debt | | | | $16,750.00 |
| Casimir Capital, L.P. 888 7th Avenue 27th Floor New York, NY 10106 | | | Disputed | | | $12,500.00 |
| Resource Development, Inc. 11475 West I-70 Frontage Road North Wheat Ridge, CO 80033 | | Trade Debt | | | | $12,060.00 |
| TLC Properties (Warehouse) P.O. Box 113123 Anchorage, AK 99511 | | Warehouse Lease | | | | $11,019.00 |
| GoldSeek, LLC 8420 South Continental Divide Road Littleton, CO 80127 | | | | | | $10,500.00 |
| F.R. Bell & Associates, Inc. 801 West Fireweed Lane Suite 201 Anchorage, AK 99503 | | | | | | $10,100.90 |

Debtor  **WestMountain Gold, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Troutman Sanders LLP<br>P.O. Box 933652<br>Atlanta, GA 31193-3652 | | Trade Debt | | | | $9,050.00 |
| Alaska Charter and Transport, LLLC<br>4501 Aircraft Drive<br>Anchorage, AK 99502 | | Trade Debt | | | | $7,218.61 |
| Hagadone Photography, Inc.<br>319 Front Avenue<br>Coeur D Alene, ID 83814 | | Trade Debt | | | | $6,357.50 |
| Kerkering, Barberio & Co.<br>P.O. Box 49348<br>Sarasota, FL 34230 | | Trade Debt | | | | $5,250.00 |