## CORPORATE RESOLUTION

I, _Brian Klemsc,_ do hereby certify:

I am the Director of WestMountain Gold, Inc. (hereinafter called the "Company")

At a meeting of the Directors duly held according to law on January 30, 2017 at which quorum was present in person, or telephonically, the following resolution was made, seconded and duly adopted:

> RESOLVED, that the Company is authorized to and shall retain Kutner Brinen, P.C. to act as the Company's counsel in connection with, and for the purpose of, initiating such proceedings under the United States Bankruptcy Laws as are appropriate -- specifically including, but not limited to, the immediate filing of a Chapter 11 proceeding.

I do further certify that the above resolution has not been altered, amended or repealed.

_____

Brian Klemsz, Director