UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. |
| WESTMOUNTAIN GOLD, INC. ) | |
| a Colorado corporation ) | |
| ) | Chapter 11 |
| EIN: 26-1315498 ) | |
| Debtor. ) | |

## NOTICE PURSUANT TO BANKRUPTCY RULE 9013-1 OF MOTION FOR APPROVAL OF LENDING AGREEMENT AND FOR AUTHORITY TO INCUR DEBT ON AN ADMINISTRATIVE AND SECURED BASIS

### OBJECTION DEADLINE: MARCH 15, 2017

**YOU ARE HEREBY NOTIFIED** that WestMountain Gold, Inc. ("Debtor") has filed a Motion for Approval of Lending Agreement and for Authority to Incur Unsecured Debt as an Administrative Expense. The Debtor requests authority to borrow up to $1,000,000 from BOCO Investments, LLC under a line of credit to pay operating and administrative expenses during the chapter 11 case. The loan will provide for interest at the rate of 8% per annum and be due within a year or upon specified events. The loan will be guaranteed by Terra Gold Corp. a wholly owned subsidiary of the Debtor who is also a debtor in possession in a companion chapter 11 case and will pledge its assets to also secure the loan. $150,000 of the loan is requested on an immediate basis within 3 business days based on a separate emergency motion filed by the Debtor.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: March 1, 2017            Respectfully submitted,

By: */s/ Lee M. Kutner*
Lee M. Kutner, #10966
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
Facsimile: (303) 832-1510
Email: lmk@kutnerlaw.com