UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                          )
                                                )     Case No. 17-11527-JGR
WESTMOUNTAIN GOLD, INC.                         )
a Colorado corporation                          )
                                                )     Chapter 11
EIN: 26-1315498                                 )
     Debtor.                                     )

**COVERSHEET FOR MOTION SEEKING EXPEDITED ENTRY OF ORDER AND
NOTICE OF IMPENDING HEARINGS THEREON**

The Debtor in the above-captioned Chapter 11 filed on March 1, 2017, requests the Court to enter the Orders listed below on an expedited basis. **THE DEBTOR HAS FILED MOTIONS SEEKING EXPEDITED ENTRY OF THE FOLLOWING ORDERS:**

1. X Order Authorizing the Joint Administration of Multiple Debtor Bankruptcy Cases (see L.B.R. 1015-1)

2. _X _ Order Authorizing Payment of Prepetition Wages, Salaries, Expenses

3. ____ Interim Order Authorizing Use of Cash Collateral (see L.B.R. 4001-3)

4. X___ Interim Approval of Post Petition Secured and/or Super-Priority Financing Pursuant to Section 364(c) of the Bankruptcy Code

5. ____ Order Authorizing Payment of Prepetition Claims of Certain Critical Vendors and Suppliers

6. ____ Order Authorizing Debtor to Honor Certain Customer Obligations, Including Warranty Claims

7. ____ Interim Order Determining Adequate Assurance of Payment for Future Utility Services and Restraining Utility Companies from Discontinuing, Altering or Refusing Service

8. ____ Order Establishing Interim Notice Procedures (see L.B.R. 2081-2)

9. ____ Order Authorizing Bonus or Retention Plans

10. ___ Order Authorizing Retention of Cash Management Systems

11. ___ Order Establishing Investment Guidelines

12.  _X_ Other Orders- Retention of Counsel for Debtor

DATED: March 1, 2017                          Respectfully submitted,


                                              By: __ */s/ Lee M. Kutner*_____
                                                    Lee M. Kutner #10966
                                                    **KUTNER BRINEN, P.C.**
                                                    1660 Lincoln Street, Suite 1850
                                                    Denver, CO 80264
                                                    Telephone:  (303) 832-2400
                                                    Telecopy: (303) 832-1510
                                                    E-mail: lmk@kutnerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                          )
                                                )    Case No. 17-11527-JGR
WESTMOUNTAIN GOLD, INC.                          )
a Colorado corporation                           )
                                                )    Chapter 11
EIN: 26-1315498                                  )
    Debtor.                                      )

## MOTION SEEKING EXPEDITED ENTRY OF ORDER

The Debtor, WestMountain Gold, Inc. ("Debtor"), by and through its attorneys, Kutner Brinen, P.C., states its Motion Seeking Expedited Entry of Order as follows:

1.      The Debtor filed its Voluntary Petition pursuant to chapter 11 of the Bankruptcy Code on March 1, 2017 ("Petition Date").  The Debtor's subsidiary company Terra Gold Corporation ("Terra") has also filed a companion chapter 11 case and both Debtor and Terra have requested joint administration of their two cases under the Debtor's case number.

2.      The Debtor is a Colorado corporation, publicly held, engaged in business as a precious metals exploration company.  The Debtor's major project is known as the Terra Project which consists of a gold mining operation located in a remote area in the State of Alaska.  Further information on the Debtor can be located at its website, www.westmountaingold.com.

3.      The Debtor plans to continue operation of its business throughout the Chapter 11 case and propose a Plan of Reorganization.

4.      The Debtor has filed the following Motions: 1) Motion For Approval of Lending Agreement and for Authority To Incur Debt on an Administrative and Secured Basis; 2) Application to Retain Counsel; and 3) Motion For Authority to Pay Pre-Petition Payroll (collectively "Motions"). The Debtor is seeking an expedited order approving the Motions at least on an interim basis.  The factual predicate for the need for the expedited order is set forth in the Declaration of WestMountain Gold, Inc. Directors, by two of the Directors of the Debtor.  The Declaration has been filed along with this Motion and is incorporated herein by reference.

5.      The Debtor plans to continue operation of its business throughout the Chapter 11 case and propose a Plan of Reorganization.  It is only through a Plan that unsecured creditors will see a recovery on account of their claims.

6.      The Debtor does not have the necessary funds for the ongoing operation of its mining business without obtaining a post-petition loan.

7.      As such, without the immediate use of a portion of the loan proceeds, the Debtor will suffer immediate and irreparable harm.  The Debtor will not be able to fund its ongoing operations, will be at risk of losing its assets and goodwill since it will have no funds with which to pay employees, pay essential services and pay for insurance and leases, and will severely impair the Debtor's ability to successfully reorganize.

8.      The Debtor therefore seeks the expedited entry of an Order approving the use of a post-petiton loan, payment of pre-petition wages to employees, and setting the matter for a final hearing.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order, a proposed form is filed herewith, granting an expedited hearing on the foregoing Motions, and for such further and additional relief as to the Court may appear proper.

DATED: March 1, 2017                    Respectfully submitted,


By:   */s/ Lee M. Kutner*
           Lee M. Kutner #10966
           **KUTNER BRINEN, P.C.**
           1660 Lincoln Street, Suite 1850
           Denver, CO 80264
           Telephone:  (303) 832-2400
           Telecopy: (303) 832-1510
           E-mail: lmk@kutnerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                          )
                                                )    Case No. 17-11527-JGR
WESTMOUNTAIN GOLD, INC.                         )
a Colorado corporation                          )
                                                )    Chapter 11
EIN: 26-1315498                                 )
    Debtor.                                      )

**NOTICE OF FILING OF CHAPTER 11 DEBTOR'S
MOTION SEEKING EXPEDITED ENTRY OF ORDER**

**L.B.R. 2081-1 PROVIDES THAT A HEARING WILL BE HELD ON DEBTOR'S MOTION WITHIN THREE DAYS.** Debtor will give you fax or e-mail notice of the time and place of the hearing only if you respond to this Notice by fax or email stating that you wish to be notified of the hearing. Your response may be in the form of L.B. Form 2081-1.3 and must specify the fax or e-mail address at which you wish to receive notice. If you specify more than one method of notice, Debtor will use the method most readily available to Debtor. You may also obtain information on the time and place of the hearing by checking the Court's calendar over the internet at www.cob.uscourts.gov.

**REQUESTS FOR NOTICE OF THE HEARING SHALL BE FAXED OR EMAILED TO COUNSEL FOR DEBTOR AT lmk@kutnerlaw.com or 303-832-1510.**

DATED: March __, 2017                    Respectfully submitted,


                                         By: ___*/s/ Lee M. Kutner*___
                                             Lee M. Kutner #10966
                                             **KUTNER BRINEN, P.C.**
                                             1660 Lincoln Street, Suite 1850
                                             Denver, CO 80264
                                             Telephone:  (303) 832-2400
                                             Telecopy: (303) 832-1510
                                             E-mail: lmk@kutnerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | )   Case No. 17-11527-JGR |
| WESTMOUNTAIN GOLD, INC. | ) |
| a Colorado corporation | ) |
| | )   Chapter 11 |
| EIN: 26-1315498 | ) |
| Debtor. | ) |

## RESPONSE AND REQUEST FOR NOTICE OF HEARING

**Attention:** Lee M. Kutner, counsel to the Debtor.

      The undersigned requests that notice of the date, time and place of the hearing on Debtor's Motion Seeking Expedited Entry of Order be served as follows:

\_\_\_\_\_ By e-mail to _____

\_\_\_\_\_ By fax to _____

Dated: _____        By: _____

                                     *Counsel to* _____
                                     Attorney registration number (if applicable)
                                     Business address (or home address for *pro se*)
                                     Telephone number
                                     Facsimile number
                                     E-mail address