UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **WESTMOUNTAIN GOLD, INC.,** | ) | Bankruptcy Case No. 17-11527-JGR |
| | ) | |
| | ) | Chapter 11 |
| Debtor(s). | ) | |
| | ) | |
| Employer's Tax Identification | ) | |
| No. [if any]: 26-1315498 | ) | |

### ORDER AND NOTICE OF FORTHWITH HEARING

THIS MATTER comes before the Court on the Debtor's Motion Seeking Expedited Entry of Order and Notice of Impending Hearings Thereto on filed for Expedited Hearing filed March 1, 2017 (Docket #12).

DOES FIND that the Debtor filed the Motion for Expedited Hearing seeking expedited entry of an order granting Motion of Debtor and Debtor-in-Possession for an Order Authorizing (A) Payment of Prepetition Employee Wages and Salaries and (B) Payment of All Costs and Expenses Incident to the Forgoing Payments filed on March 1, 2017 (Docket #15). The Court, having reviewed the Motions,

DOES ORDER as follows:

1. A forthwith hearing regarding the Motion of Debtor and Debtor-in-Possession for an Order Authorizing (A) Payment of Prepetition Employee Wages and Salaries and (B) Payment of All Costs and Expenses Incident to the Forgoing Payments filed on March 1, 2017 (Docket #15) and Motion seeking expedited entry of an order, shall be held on **Monday, March 6, 2017, at 1:30 p.m.**, U.S. Bankruptcy Court, U.S. Custom House, **Courtroom D**, 721 19th Street, Denver, Colorado 80202- 2508:

2. The hearing shall be conducted in accordance with the provisions of L.B.R. 2081- 1(c)(5).

3. Debtor shall forthwith provide notice of the scheduled hearing as provided in L.B.R. 2081-1(c)(2).

Dated this 1st day of March, 2017.

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge