# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| WestMountain Gold, Inc., | ) | 17-11527- JGR |
| a Colorado corporation, | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| Address:      1001-A East Harmony Rd. | ) | |
|                    Suite 340 | ) | |
|                    Fort Collins, CO 80525 | ) | |
| | ) | |
| Employer's Tax Identification | ) | |
| No. 26-1315498 | | |

---

| | | |
|---|---|---|
| | ) | |
| In re: | ) | |
| Terra Gold Corporation, | ) | Bankruptcy Case No. |
| an Alaska corporation, | ) | 17-11528- MER |
| Debtor. | ) | Chapter 11 |
| | ) | |
| Address:      1001-A East Harmony Rd. | ) | |
|                    Suite 340 | ) | |
|                    Fort Collins, CO 80525 | ) | |
| | ) | |
| Employer's Tax Identification | ) | |
| No. 45-5500508 | ) | Jointly Administered Under |
| | ) | Case No. 17-11527- JGR |

## ORDER GRANTING MOTION FOR JOINT ADMINISTRATION

THIS MATTER comes before the Court on the Motion for Joint Administration (the "Motion," docket #6) filed in Case No. 17-11527-JGR on March 1, 2017 by Debtor, seeking to jointly administer the above-captioned cases pursuant to Fed. R. Bankr. P. 1015(b).  The Court, having reviewed the files,

DOES ORDER that the Motion is hereby GRANTED and the above-captioned cases shall be jointly administered for procedural purposes only pursuant to Fed. R. Bankr. P. 1015(b).

IT IS FURTHER ORDERED that the lowest-numbered case, Case No. 17-11527-JGR, shall serve as the lead case.  If the above-captioned cases were not previously assigned and/or reassigned to the Honorable Joseph G. Rosania, Jr., Bankruptcy Judge, the Clerk of the Court shall promptly do so, so these cases all bear the initials, JGR, following the case number. Thereafter, if appropriate, the Clerk shall adjust the assignment of cases accordingly.

IT IS FURTHER ORDERED that to effect joint administration, the following administrative procedures shall apply, but shall have no effect upon the substantive issues of the estate, either individually or collectively:

1.     All motions, pleadings, and other documents filed in the jointly administered case shall bear a combined caption which includes the full name and number of each specific case as in Official Bankruptcy Form 16A, and must be filed, docketed and processed in the lead case, except for the following:

   a.     a motion which applies to less than all jointly administered debtors must clearly indicate in the caption and title to which debtor(s) the motion applies, but must still be filed in the lead case;

   b.     all proofs of claim must be filed in the specific case to which they apply;

   c.     monthly financial reports must be filed in the specific case to which they apply; and

   d.     amendments to schedules, statements, lists and other required documents in Fed.R.Bankr.P. 1002 and 1007 must be filed in the specific case to which the amendments apply.

2.     Debtors shall maintain adequate records regarding the assets of the respective Debtors' estates in order to protect the rights of joint creditors and separate creditors of these estates.

3.     The Clerk of the Court shall provide notice of the joint administration of the above-captioned cases to all creditors and interested parties identified in each case.

Dated this 1st  day of March, 2017.

BY THE COURT:

_____
Joseph G. Rosania, Jr., Judge
United States Bankruptcy Court

2