UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
)   Case No. 17-11527-JGR
WESTMOUNTAIN GOLD, INC. )
a Colorado corporation )
)   Chapter 11
EIN: 26-1315498 )
   Debtor. )

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 1, 2017, I served **VIA OVERNIGHT DELIVERY** a copy of the **APPLICATION TO EMPLOY ATTORNEYS; MOTION FOR JOINT ADMINISTRATION; DECLARATION OF WESTMOUNTAIN GOLD, INC. DIRECTORS; MOTION FOR ESTABLISHMENT OF PAYMENT PROCEDURE; NOTICE PURSUANT TO LOCAL BANKRUPTCY RULES 2016-2 AND 9013-1 OF MOTION FOR APPROVAL AND USE OF RETAINER AND ESTABLISHMENT OF PAYMENT PROCEDURE; MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR AN ORDER AUTHORIZING (A) PAYMENT OF PRE-PETITION EMPLOYEE WAGES AND SALES AND (B) PAYMENT OF ALL COSTS AND EXPENSES INCIDENT TO THE FOREGOING PAYMENTS; MOTION FOR APPROVAL OF LENDING AGREEMENT AND FOR AUTHORITY TO INCUR DEBT ON AN ADMINISTRATIVE AND SECURED BASIS; NOTICE PURSUANT TO BANKRUPTCY RULE 9013-1 OF MOTION FOR APPROVAL OF LENDING AGREEMENT AND FOR AUTHORITY TO INCUR DEBT ON AN ADMINISTRATIVE AND SECURED BASIS; COVER SHEET FOR MOTION SEEKING EXPEDITED ENTRY OF ORDER AND NOTICE OF IMPENDING HEARINGS THEREON; MOTION SEEKING EXPEDITED ENTRY OF ORDER; AND ORDER AND NOTICE OF FORTHWITH HEARING** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

Alison E. Goldenberg, Esq.
United States Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Darrell Waas, Esq.
Waas Campbell, Rivera,
 Johnson & Velasquez
1350 17th Street
Suite 450
Denver, CO 80202

Patrick J. Kanouff
262 East Mountain Avenue
Fort Collins, CO 80528

BOCO Investments, LLC
262 East Mountain Avenue
Fort Collins, CO 80524

Giuseppe Dessi
Method Investment and Advisory
32 Saint Oswald's Place
London, UK SE11 5JE

Ruen Drilling, Inc.
P.O. Box 267
2320 River Road
Clark Fork, ID 83811

Fifth Avenue Law Group, Inc.
701 Fifth Avenue
Suite 2800
Seattle, WA 98104

EKS&H
7979 East Tufts Avenue
Suite 400
Denver, CO 80237-2521

Crowell Moring
275 Battery Street
23rd Floor
San Francisco, CA 94111

Behre Dolbear & Company
6430 South Fiddlers Green Circle
Suite 250
Greenwood Village, CO 80111

Lake and Peninsula Airlines, Inc.
3323 Dry Creek
Port Alsworth, AK 99653

ALS Minerals, Inc.
4977 Energy Way
Reno, NV 89502

Gustavson Associates, LLC
5757 Central Avenue
Suite D
Boulder, CO 80301

Noise Production, Inc.
105 5th Avenue
Apt. 11b
New York, NY 10003

Casimir Capital, L.P.
888 7th Avenue
27th Floor
New York, NY 10106

Resource Development, Inc.
11475 West I-70 Frontage Road North
Wheat Ridge, CO 80033

TLC Properties
P.O. Box 113123
Anchorage, AK 99511

GoldSeek, LLC
8420 South Continental Divide Road
Littleton, CO 80127

F.R. Bell & Associates, Inc.
801 West Fireweed Lane
Suite 201
Anchorage, AK 99503

Troutman Sanders, LLP
P.O. Box 933652
Atlanta, GA 31193-3652

Alaska Charter and Transport, LLLC
4501 Aircraft Drive
Anchorage, AK 99502

Hagadone Photography, Inc.
319 Front Avenue
Coeur D Alene, ID 83814

Kerkering, Barberio & Co.
P.O. Box 49348
Sarasota, FL 34230

Alaska Department of Natural Resources
550 West 7th Avenue
Suite 1260
Anchorage, AK 99501

Bill Walker
Office of Governor-State of Alaska
3rd Floor, State Capitol
P.O. Box 110001
Juneau, AK 99811

Commissioner Randall Hoffbeck
State of Alaska Department of Revenue
P.O. Box 110400
Juneau, AK 99811-0400

Jahna Lindemuth
State of Alaska
Office of Attorney General
100 Cushman Street
Suite 400
Fairbanks, AK 99701

State of Alaska
Division of Securities
P.O. Box 110807
Juneau, AK 99811-0807

State of Alaska
Division of Securities
550 West Seventh Avenue
Suite 1850
Anchorage, AK 99501


_____
Vicky Martina
Kutner Brinen, P.C.
1660 Lincoln Street, Suite 1850
Denver, CO 80264