**Fill in this information to identify the case:**

Debtor name **WestMountain Gold, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **17-11527-JGR**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| 2.1 | $6,488,121.00 | $2,600,000.00 |

**2.1 BOCO Investments, LLC**
Creditor's Name

**262 East Mountain Avenue**
**Fort Collins, CO 80524**
Creditor's mailing address

**joef@bohemiancompanies.com**
Creditor's email address, if known

**Date debt was incurred**
**September 17, 2012**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets, mining claims and leases**

**Describe the lien**
**UCC1 Filings and Deed of Trust**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$6,488,121.00**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Darrell Waas, Esq.**<br>**Waas Campbell Rivera Johnson & Velasquez**<br>**1350 17th Street**<br>**Suite 450**<br>**Denver, CO 80202** | Line 2.1 | |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **WestMountain Gold, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **17-11527-JGR**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**Total claim** | **Priority amount**

**2.1** Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$206,671.23** Priority amount: **$206,671.23**

Date or dates debt was incurred

Basis for the claim: **1099 Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**AK Waste Water**
**6301 Rosewood Street**
**Anchorage, AK 99518**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$30.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
**Alaska Charter and Transport, LLLC**
**4501 Aircraft Drive**
**Anchorage, AK 99502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,218.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com 48404 Best Case Bankruptcy

**3.3** Nonpriority creditor's name and mailing address
**Alaska Communications**
**P.O. Box 196666**
**Anchorage, AK 99519-6666**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$435.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.4** Nonpriority creditor's name and mailing address
**ALS Minerals, Inc.**
**4977 Energy Way**
**Reno, NV 89502**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$18,351.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.5** Nonpriority creditor's name and mailing address
**American Analytical Services, Inc.**
**P.O. Box 748**
**Osburn, ID 83849**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$28.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.6** Nonpriority creditor's name and mailing address
**American Mining**
**P.O. Box 535171**
**Atlanta, GA 30353**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$1,818.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Workers Compensation
Is the claim subject to offset? ■ No ☐ Yes

**3.7** Nonpriority creditor's name and mailing address
**Andres Brothers**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$200,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Loan
Is the claim subject to offset? ■ No ☐ Yes

**3.8** Nonpriority creditor's name and mailing address
**Behre Dolbear & Company**
**6430 South Fiddlers Green Circle**
**Suite 250**
**Greenwood Village, CO 80111**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$19,995.47**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.9** Nonpriority creditor's name and mailing address
**Braun Environmental, Inc.**
**355 South Teller Street**
**Suite 200**
**Lakewood, CO 80226**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.10** Nonpriority creditor's name and mailing address
**Broadridge Financial**
**ATTN: AMS**
**190 Sylvan Avenue**
**Englewood Cliffs, NJ 07632**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$725.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
**Bruce Krause**
**5155 Isla Key Blvd. South**
**Unit 101**
**Saint Petersburg, FL 33715-1687**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address
**Bullard Law**
**200 SW Market Street**
**Suite 1900**
**Portland, OR 97201**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$1,382.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Legal Fees
Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address
**Capital Peak Partners**
**602 Cedar Street**
**Suite 205**
**Wallace, ID 83873-4906**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address
**Carlile Tran**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$2,890.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address
**Casimir Capital, L.P.**
**888 7th Avenue**
**27th Floor**
**New York, NY 10106**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$12,500.00**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address
**Chris Christopherson, Inc.**
**P.O. Box 302**
**Kellogg, ID 83864**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$5,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **WestMountain Gold, Inc.** Case number (if known) **17-11527-JGR**
Name

**3.17** **Nonpriority creditor's name and mailing address**
**Chugach**
**5601 Electron Drive**
**P.O. Box 196300**
**Anchorage, AK 99519-6300**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$429.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.18** **Nonpriority creditor's name and mailing address**
**City of Sandpoint**
**1123 Lake Street**
**Sandpoint, ID 83864**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.19** **Nonpriority creditor's name and mailing address**
**Complete Corporate Service**
**3085 Mountainwood Circle**
**Juneau, AK 99801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$393.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.20** **Nonpriority creditor's name and mailing address**
**Corporate Stock**
**3200 Cherry Creek Drive South**
**Suite 430**
**Denver, CO 80209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,270.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.21** **Nonpriority creditor's name and mailing address**
**Crowell Moring**
**275 Battery Street**
**23rd Floor**
**San Francisco, CA 94111**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,603.75**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.22** **Nonpriority creditor's name and mailing address**
**Dale Rasmussen**
**29409 232nd Avenue, SE**
**Black Diamond, WA 98010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes

**3.23** **Nonpriority creditor's name and mailing address**
**Daniel K. Vaughan**
**114 South Main Street**
**Pierce, ID 83546**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.24** Nonpriority creditor's name and mailing address
**David Beal**
**105 5th Avenue**
**#118**
**New York, NY 10003**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes

**3.25** Nonpriority creditor's name and mailing address
**David K. Skaling**
**46 Winter Street**
**Topsham, ME 40860**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes

**3.26** Nonpriority creditor's name and mailing address
**Delta Dental**
**Bank Lockbox Processing**
**P.O. Box 271372**
**Salt Lake City, UT 84127-1372**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$932.82**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Employee Insurance
Is the claim subject to offset? ■ No ☐ Yes

**3.27** Nonpriority creditor's name and mailing address
**Department of Labor and Industries**
**P.O. Box 44171**
**Olympia, WA 98504-4171**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$486.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Payroll
Is the claim subject to offset? ■ No ☐ Yes

**3.28** Nonpriority creditor's name and mailing address
**EBS Investments, LLLP**
**c/o Liz Hawley**
**RBC Wealth Management**
**1918 8th Avenue, Suite 360C**
**Seattle, WA 98101**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes

**3.29** Nonpriority creditor's name and mailing address
**EKS&H**
**7979 East Tufts Avenue**
**Suite 400**
**Denver, CO 80237-2521**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$55,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.30** Nonpriority creditor's name and mailing address
**Elemetal Refining, LLC**
**16064 Beaver Pike**
**Jackson, OH 45640**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor WestMountain Gold, Inc. Case number (if known) 17-11527-JGR
Name

**3.31** Nonpriority creditor's name and mailing address
**Employment Security Department**
**P.O. Box 9046**
**Olympia, WA 98507-9046**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$75.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Payroll
Is the claim subject to offset? ■ No ☐ Yes

**3.32** Nonpriority creditor's name and mailing address
**Enstar**
**3351 Palmer Wasilla Highway**
**Wasilla, AK 99654-7237**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$926.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.33** Nonpriority creditor's name and mailing address
**F.R. Bell & Associates, Inc.**
**801 West Fireweed Lane**
**Suite 201**
**Anchorage, AK 99503**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$10,100.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.34** Nonpriority creditor's name and mailing address
**Fifth Avenue Law Group, Inc.**
**701 Fifth Avenue**
**Suite 2800**
**Seattle, WA 98104**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$58,680.54**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.35** Nonpriority creditor's name and mailing address
**Fubar Equipment, LLC**
**905 South Vicki Way**
**Wasilla, AK 99654**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$360.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**3.36** Nonpriority creditor's name and mailing address
**GCI**
**P.O. Box 99001**
**Anchorage, AK 99509-9001**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$80.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.37** Nonpriority creditor's name and mailing address
**Giuseppe Dessi**
**Method Investment and Advisory**
**32 Saint Oswald's Place**
**London, UK SE11 5JE**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$1,000,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Loans
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.38 | Nonpriority creditor's name and mailing address<br>**Glen Air**<br>**P.O. Box 1924**<br>**Palmer, AK 99645**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $4,075.00 |
| 3.39 | Nonpriority creditor's name and mailing address<br>**GoldSeek, LLC**<br>**8420 South Continental Divide Road**<br>**Littleton, CO 80127**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $10,500.00 |
| 3.40 | Nonpriority creditor's name and mailing address<br>**Greg Schifrin**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payroll<br>Is the claim subject to offset? ■ No ☐ Yes | $60,000.00 |
| 3.41 | Nonpriority creditor's name and mailing address<br>**Gregory Schifrin**<br>**1336 West Elmira Road**<br>**Sandpoint, ID 83864**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: Notice Purposes<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.42 | Nonpriority creditor's name and mailing address<br>**Gustavson Associates, LLC**<br>**5757 Central Avenue**<br>**Suite D**<br>**Boulder, CO 80301**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $18,017.66 |
| 3.43 | Nonpriority creditor's name and mailing address<br>**GVC Partners, LLC**<br>**5350 South Rosalyn Street**<br>**#400**<br>**Greenwood Village, CO 80111**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: Notice Purposes<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.44 | Nonpriority creditor's name and mailing address<br>**Hagadone Photography, Inc.**<br>**319 Front Avenue**<br>**Coeur D Alene, ID 83814**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $6,357.50 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **WestMountain Gold, Inc.** Case number (if known) **17-11527-JGR**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.45 | **Idaho Department of Labor**<br>**Collection Enforcement Unit**<br>**317 West Main Street**<br>**Boise, ID 83735-0760**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payroll<br>Is the claim subject to offset? ■ No ☐ Yes | **$212.67** |
| 3.46 | **Jacqueline Sue Rucker**<br>**P.O. Box 269**<br>**Ponderay, ID 83852**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: Notice Purposes<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.47 | **James Baughman**<br>**9700 East Iliff Avenue**<br>**#D46**<br>**Denver, CO 80231**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: Notice Purposes<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.48 | **James Baugman**<br>**2090 South Joliet Street**<br>**Aurora, CO 80014**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payroll<br>Is the claim subject to offset? ■ No ☐ Yes | **$72,725.72** |
| 3.49 | **James W. Creamer III**<br>**1622 Monroe Street**<br>**Denver, CO 80206**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: Notice Purposes<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.50 | **John McGrath**<br>**27783 Tate Road**<br>**Sun City, CA 92585**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,136.00** |
| 3.51 | **Joni K. Troska**<br>**1500 Red Sky Court**<br>**Fort Collins, CO 80525**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: Notice Purposes<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **WestMountain Gold, Inc.** Case number (if known) **17-11527-JGR**
Name

**3.52** **Nonpriority creditor's name and mailing address**
**Joseph Lavinge**
**10493 Grizzly Gulch**
**Highlands Ranch, CO 80129**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** **Nonpriority creditor's name and mailing address**
**Kerkering, Barberio & Co.**
**P.O. Box 49348**
**Sarasota, FL 34230**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**
**Kevin Cassidy**
**Logic International**
**711 5th Avenue**
**New York, NY 10022**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** **Nonpriority creditor's name and mailing address**
**Lake and Peninsula Airlines, Inc.**
**3323 Dry Creek**
**Port Alsworth, AK 99653**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,105.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**
**Logic International Consulting Group LLC**
**711 Fifth Avenue**
**Sixteenth Floor**
**New York, NY 10022**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$455,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** **Nonpriority creditor's name and mailing address**
**Loni Knepper**
**3001 Lower Pack River Road**
**Sandpoint, ID 83864**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** **Nonpriority creditor's name and mailing address**
**Lyntek Incorporated**
**1550 Dover Street**
**Lakewood, CO 80215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$209,650.64**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor WestMountain Gold, Inc. Case number (if known) 17-11527-JGR
Name

3.59 Nonpriority creditor's name and mailing address
**Malcolm McGuire & Associates, LLC**
**7296 East San Alfredo Drive**
**Scottsdale, AZ 85258**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes

3.60 Nonpriority creditor's name and mailing address
**Mark Diamond**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes

3.61 Nonpriority creditor's name and mailing address
**Mark E. and Susan B. Scott**
**2360 Yale Avenue East**
**No. 5**
**Seattle, WA 98102**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes

3.62 Nonpriority creditor's name and mailing address
**Mark Scott**
**2360 Yale Avenue East**
**#5**
**Seattle, WA 98102**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$48,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Payroll
Is the claim subject to offset? ■ No ☐ Yes

3.63 Nonpriority creditor's name and mailing address
**Mediant**
**P.O. Box 29976**
**New York, NY 10087-9976**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.64 Nonpriority creditor's name and mailing address
**Merritt Elizabeth Langway**
**1706 Hickory Street**
**Sandpoint, ID 83864**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes

3.65 Nonpriority creditor's name and mailing address
**MOI**
**2610 Oceanic Plaza**
**1066 West Hastings Street**
**Vancouver, BC V6E 3X1**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$458.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **WestMountain Gold, Inc.** Case number (if known) **17-11527-JGR**
Name

| | | | |
|---|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**NC Machinery**<br>**P.O. Box 58201**<br>**Tukwila, WA 98138-1291**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$471.74** |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Noise Production, Inc.**<br>**105 5th Avenue**<br>**Apt. 11b**<br>**New York, NY 10003-1018**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$16,750.00** |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**OTC Markets**<br>**P.O. Box 29959**<br>**New York, NY 10087-9959**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Subscription<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,000.00** |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Perkins Coie LLP**<br>**ATTN: Client Accounting**<br>**P.O. Box 24643**<br>**Seattle, WA 98124-0643**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,726.00** |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Pollux Aviation Ltd.**<br>**6540 East Beechcraft Road**<br>**Wasilla, AK 99654**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,699.22** |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**R&S Properties**<br>**120 East Lake Street**<br>**Suite 101**<br>**Sandpoint, ID 83864**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Office Lease<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,000.00** |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Regal Air**<br>**4506 Lake Sure Drive**<br>**Anchorage, AK 99504**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,400.00** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.73** Nonpriority creditor's name and mailing address
Remote Fuels
3995 Elder Circle
Wasilla, AK 99654
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$13,499.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.74** Nonpriority creditor's name and mailing address
Resource Development, Inc.
11475 West I-70 Frontage Road North
Wheat Ridge, CO 80033
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$12,060.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.75** Nonpriority creditor's name and mailing address
Richard Huebner
16318 East Berry Avenue
Centennial, CO 80015
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes

**3.76** Nonpriority creditor's name and mailing address
Rick Seefried
601 West Main Street
#610
Spokane, WA 99201
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes

**3.77** Nonpriority creditor's name and mailing address
RNR Consulting
187/13 Chang Kian Road Twin
Peaks Unit 709
Chiang Mai 50100 Thiland
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$4,100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.78** Nonpriority creditor's name and mailing address
Ruen Drilling, Inc.
P.O. Box 267
2320 River Road
Clark Fork, ID 83811
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$256,091.89**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.79** Nonpriority creditor's name and mailing address
Silverfox LLLC
575 Madison Avenue
10th Floor
New York, NY 10022
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**Skinner Gold Note**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Loan<br>Is the claim subject to offset? ■ No ☐ Yes | **$250,761.00** |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Snowmass Mining**<br>**Don and Julie Skinner**<br>**270 Rapid Lighting Road**<br>**Sandpoint, ID 83864**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**Standard & Poor's**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,322.57** |
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**StockVest**<br>**52 Riley Road**<br>**Unit 376**<br>**Celebration, FL 34747**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Notice Purposes<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**Teddi L. Stinton**<br>**P.O. Box 87**<br>**Laclede, ID 83841**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Notice Purposes<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.85 | **Nonpriority creditor's name and mailing address**<br>**Terrance DeFranco**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Notice Purposes<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**TLC Properties (Warehouse)**<br>**P.O. Box 113123**<br>**Anchorage, AK 99511**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Warehouse Lease<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,019.00** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **WestMountain Gold, Inc.** Case number (if known) **17-11527-JGR**
Name

**3.87** **Nonpriority creditor's name and mailing address**
**Troutman Sanders LLP**
**P.O. Box 933652**
**Atlanta, GA 31193-3652**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,050.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.88** **Nonpriority creditor's name and mailing address**
**Valley Equipment**
**535 West Valley Highway South**
**Pacific, WA 98047**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$517.82**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.89** **Nonpriority creditor's name and mailing address**
**Vicky Barrone**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes

**3.90** **Nonpriority creditor's name and mailing address**
**Wendy Yang**
**1952 Julian Way**
**Denver, CO 80204**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.91** **Nonpriority creditor's name and mailing address**
**Wiley W. Hurt**
**1117 Kinnikinnik**
**Sandpoint, ID 83864**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes

**3.92** **Nonpriority creditor's name and mailing address**
**William Henry Breen IV**
**105 Highland Avenue**
**Hope, ID 83836**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Notice Purposes
Is the claim subject to offset? ■ No ☐ Yes

**3.93** **Nonpriority creditor's name and mailing address**
**Zacks Investment Research, Inc.**
**10 South Riverside Plaza**
**Suite 1600**
**Chicago, IL 60606-3728**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,562.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **WestMountain Gold, Inc.** Case number (if known) **17-11527-JGR**
Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**Insolvency Unit**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line **2.1**<br>☐ Not listed. Explain ____ | – |
| 4.2 | **Office of the Attorney General**<br>**State of Colorado**<br>**1525 Sherman Street, 7th Floor**<br>**Denver, CO 80203** | Line **2.1**<br>☐ Not listed. Explain ____ | – |
| 4.3 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line **2.1**<br>☐ Not listed. Explain ____ | – |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **206,671.23** |
| **5b. Total claims from Part 2** | 5b. | + | $ **2,924,461.62** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **3,131,132.85** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy