# United States Bankruptcy Court
## District of Colorado

In re **WestMountain Gold, Inc.** Debtor(s)

Case No. **17-11527-JGR**
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **WestMountain Gold, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**BOCO Investments, LLC**
**262 East Mountain Avenue**
**Fort Collins, CO 80524**

☐ None [*Check if applicable*]

3-14-17
Date

**Lee M. Kutner 10966 Colorado**
Signature of Attorney or Litigant
Counsel for **WestMountain Gold, Inc.**

**Kutner Brinen, P.C.**
**1660 Lincoln Street, Suite 1850**
**Denver, CO 80264**
**303-832-2400 Fax:303-832-1510**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com