# United States Bankruptcy Court
## District of Colorado

In re **WestMountain Gold, Inc.** Debtor(s)

Case No. **17-11527-JGR**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **See Exhibit A Attached Hereto** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ______________________ Signature **/s/ Brian Klemsz**
**Brian Klemsz**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| InvestorNo | InvestorName | InvestorAddr | ActDesc | Shares |
|---|---|---|---|---|
| 499103 | 360 HOLDINGS LLC | PO BOX 1008<br>VERADALE WA 99037 | RESTRICT | 419,594 |
| 507428 | 513436 ALBERTA LTD | ATTN: JOE KLASSEN<br>514-42 AVE SE<br>CALAGARY ALBERTA<br>CANADA T2G 1Y6<br>CALGARY ALBERTA 1 | | 30,392 |
| 510134 | A BARCLAY KLINGEL | 112 W HIGH DR<br>SPOKANE WA 99203 | RESTRICT | 200,000 |
| 507444 | AARON DAVID GREENWAY KEAY | 500-9380 UNIVERSITY CRESCENT<br>BURNABY BC CANADA V5A 4X9<br>BURNABY 1 | | 10,131 |
| 495302 | AJAY MENON | 1609 FANTAIL CT<br>FT COLINS CO 80528 | | 2,500 |
| 495323 | ALBERT C YATES | 1730 IVY ST<br>DENVER CO 80220 | | 2,500 |
| 498432 | AMERICAN MINING CORPORATION | 837 W HASTINGS ST STE 2405<br>VANCOUVER BC<br>CANADA V6C 3N7<br>FOREIGN 1 | STOP | 105,866 |
| 504392 | AMERPRISE TRUST CO FBO JAMES B HEDRICK (IRA) | 9453 LAPSTRAKE LANE<br>BURKE VA 22015 | RESTRICT | 36,364 |
| 504392 | AMERPRISE TRUST CO FBO JAMES B HEDRICK (IRA) | 9453 LAPSTRAKE LANE<br>BURKE VA 22015 | SPECIAL LEGEND | 66,667 |
| 504392 | AMERPRISE TRUST CO FBO JAMES B HEDRICK (IRA) | 9453 LAPSTRAKE LANE<br>BURKE VA 22015 | SPECIAL LEGEND | 63,636 |
| 502768 | ANDREW JACOB PRIDDY | 129 LOST OAK DR<br>AZLE TX 76020 | | 8,333 |
| 509844 | ANDY VANDER PLOEG | 19 FOX TRAIL CIRCLE<br>CHERRY HILLS VILLAGE CO 80113 | RESTRICT | 15,000 |
| 509844 | ANDY VANDER PLOEG | 19 FOX TRAIL CIRCLE<br>CHERRY HILLS VILLAGE CO 80113 | RESTRICT | 60,000 |
| 481123 | ANN L SCHMITT | 886 GOOD HOPE DRIVE<br>CASTLE ROCK CO 80108 | | 2,500 |
| 509441 | ARLAN RUEN | PO BOX 246<br>HOPE ID 83836 | RESTRICT | 50,000 |
| 509441 | ARLAN RUEN | PO BOX 246<br>HOPE ID 83836 | RESTRICT | 12,500 |
| 509441 | ARLAN RUEN | PO BOX 246<br>HOPE ID 83836 | RESTRICT | 16,667 |
| 498100 | BEN PORTERFIELD | P O BOX 112527<br>ANCHORAGE AK 99511 | RESTRICT | 500,000 |

**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| 509850 | BENJAMIN LAVIGNE | 601 RIDGE WAY DR APT A2 LITTLE ROCK AR 72205 | RESTRICT | 24,000 |
| 495252 | BETH AXE | 38467 NASTURTIUM WAY PALM DESERT CA 92211 | | 625 |
| 495252 | BETH AXE | 38467 NASTURTIUM WAY PALM DESERT CA 92211 | RESTRICT | 6,250 |
| 507470 | BILL D'OLIER | 448 S ELLA SANDPOINT ID 83864 | | 6,078 |
| 507469 | BILL JONES DISTRIBUTORS INC | PO BOX 97 SANDPOINT ID 83864 | | 1,520 |
| 539130 | BOCO INVESTMENT LLC | 262 EAST MOUNTAIN AVE FORT COLLINS CO 80524-2835 | RESTRICT | 6,886,615 |
| 539130 | BOCO INVESTMENT LLC | 262 EAST MOUNTAIN AVE FORT COLLINS CO 80524-2835 | RESTRICT | 21,009,658 |
| 456953 | BOCO INVESTMENTS LLC | 262 EAST MOUNTAIN AVENUE FT COLLINS CO 80254 | RESTRICT | 2,100,000 |
| 456953 | BOCO INVESTMENTS LLC | 262 EAST MOUNTAIN AVENUE FT COLLINS CO 80254 | RESTRICT | 28,409 |
| 456953 | BOCO INVESTMENTS LLC | 262 EAST MOUNTAIN AVENUE FT COLLINS CO 80254 | RESTRICT | 200,001 |
| 456953 | BOCO INVESTMENTS LLC | 262 EAST MOUNTAIN AVENUE FT COLLINS CO 80254 | RESTRICT | 542,499 |
| 502208 | BOCO INVESTMENTS LLC | 262 E MOUNTAIN AVE FORT COLLINS CO 80524 | RESTRICT | 35,714 |
| 502208 | BOCO INVESTMENTS LLC | 262 E MOUNTAIN AVE FORT COLLINS CO 80524 | RESTRICT | 3,961 |
| 481108 | BRIAN KLEMSZ | 262 E MOUNTAIN AVE FT COLLINS CO 80524 | RESTRICT | 337,500 |
| 495253 | BROOKS BENTLEY | 6862 SPANISH BAY DRIVE WINDSOR CO 80550 | | 625 |
| 495253 | BROOKS BENTLEY | 6862 SPANISH BAY DRIVE WINDSOR CO 80550 | RESTRICT | 6,250 |
| 479309 | BRUCE H KRAUSE | 5155 ISLA KEY BLVD S UNIT 101 ST PETERSBURG FL 33715 | | 5,500 |
| 495319 | BRYAN WILSON & JULIE WILSON JT TEN | 1548 FREEDOM LANE FT COLLINS CO 80526 | | 5,000 |
| 495322 | BRYON F TRIP WYNN III | 4411 MONTE CARLO PLACE FT COLLINS CO 80525 | | 1,250 |
| 509440 | BYRON RUEN | PO BOX 178 HOPE ID 83836 | RESTRICT | 50,000 |
| 509440 | BYRON RUEN | PO BOX 178 HOPE ID 83836 | RESTRICT | 12,500 |
| 509440 | BYRON RUEN | PO BOX 178 HOPE ID 83836 | RESTRICT | 16,667 |

| | | | | |
|---|---|---|---|---|
| 499098 | C BARNEY INVESTMENT LTD | 1610 WOODSTEAD CT STE 310<br>THE WOODLANDS TX 77380 | RESTRICT | 209,403 |
| 495303 | C GERALD NALEZNY & PENNIE M NALEZNY JT TEN | 4251 MORNING GLORY RD<br>FT COLLINS CO 80526 | | 3,750 |
| 495315 | CAITLIN WACKER | 2425 ANTELOP RD<br>FT COLLINS CO 80525 | | 125 |
| 507446 | CALVIN LEE | 1862 CRYSTAL STREET10<br>QUESENEL BC V2J 4R8<br>CANADA 1 | | 3,039 |
| 500279 | CAPITAL PEAK PARTNERS LLC | 602 CEDAR ST STE 205<br>WALLACE ID 83873 | RESTRICT | 100,000 |
| 500279 | CAPITAL PEAK PARTNERS LLC | 602 CEDAR ST STE 205<br>WALLACE ID 83873 | RESTRICT | 500,000 |
| 500279 | CAPITAL PEAK PARTNERS LLC | 602 CEDAR ST STE 205<br>WALLACE ID 83873 | RESTRICT | 500,000 |
| 500279 | CAPITAL PEAK PARTNERS LLC | 602 CEDAR ST STE 205<br>WALLACE ID 83873 | RESTRICT | 200,000 |
| 500279 | CAPITAL PEAK PARTNERS LLC | 602 CEDAR ST STE 205<br>WALLACE ID 83873 | RESTRICT | 18,500 |
| 500279 | CAPITAL PEAK PARTNERS LLC | 602 CEDAR ST STE 205<br>WALLACE ID 83873 | RESTRICT | 61,000 |
| 500279 | CAPITAL PEAK PARTNERS LLC | 602 CEDAR ST STE 205<br>WALLACE ID 83873 | RESTRICT | 50,000 |
| 500279 | CAPITAL PEAK PARTNERS LLC | 602 CEDAR ST STE 205<br>WALLACE ID 83873 | RESTRICT | 100,000 |
| 500279 | CAPITAL PEAK PARTNERS LLC | 602 CEDAR ST STE 205<br>WALLACE ID 83873 | RESTRICT | 50,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 2,500 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 2,500 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 2,500 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 2,875 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 125 |

| | | | | |
|---|---|---|---|---|
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 12,500 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 1,250 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 6,250 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 50,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 100,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 100,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 64,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 160,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 180,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 4,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 100,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 50,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 40,000 |

| | | | | |
|---|---|---|---|---|
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 75,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 17,425 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 30,392 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 8,104 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 10,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 52 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 1,700 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 20,262 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 14,183 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 10,130 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 25,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 125,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 85,141 |

| | | | | |
|---|---|---|---|---|
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 625 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 625 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 18,219 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 10,131 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 625 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 27,500 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 625 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 49,500 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 100,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 50,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 58,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 2,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 31,882 |

| | | | | |
|---|---|---|---|---|
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 78,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 72,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 52,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 26,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 33,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 40,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 26,667 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 25,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 5,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 10,131 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 22,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 25,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 46,334 |

| | | | | |
|---|---|---|---|---|
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 7,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 78,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 50,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 30,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 9,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 7,333 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 25,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 25,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 26,666 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 1,013 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 30,454 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 33,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 45,833 |

| | | | | |
|---|---|---|---|---|
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 9,167 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 20,675 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 100,100 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 21,114 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 72,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 50,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 2,200 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 15,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 116,666 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 14,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 65,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 75,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 214,696 |

| | | | | |
|---|---|---|---|---|
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 16,667 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 24,314 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 26,340 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 13,334 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 322,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 16,700 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 2,500 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 50,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 100,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 50,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 159,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 50,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 460,000 |

| | | | | |
|---|---|---|---|---|
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 150,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 40,900 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 9,100 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 200,000 |
| 14760 | CEDE & CO | 570 WASHINGTON BLVD<br>CENTRAL DELIVERY REORG<br>JERSEY CITY NJ 07310 | | 356,165 |
| 495256 | CHARLENE S COLLETT | 955 BIRCH AVE<br>RIFLE CO 81650 | | 1,250 |
| 495251 | CHARLES AMBURN | 6416 E HIGHWAY 14<br>FT COLLINS CO 80524 | | 625 |
| 500277 | CHRIS CHRISTOPHERSON | PO BOX 302<br>KELLOGG ID 83837 | RESTRICT | 5,000 |
| 361986 | CHRISTINE KANOUFF | 1762 S LAFAYETTE STREET<br>**ADDRESS UPDTD 7/8/05**<br>DENVER CO 80210 | | 125 |
| 494821 | CHRISTOPHER D THOMPSON | 1357 43RD AVE UNIT 52<br>GREELEY CO 80634 | | 2,500 |
| 495292 | CHRISTOPHER HOLLOWAY | 1934 W MOUNTAIN MAPLE AVE<br>HIGHLANDS RANCH CO 80129 | | 125 |
| 509443 | CLIFFORD R KRAMER | PO BOX 188<br>EASTPORT ID 83826 | RESTRICT | 10,000 |
| 509443 | CLIFFORD R KRAMER | PO BOX 188<br>EASTPORT ID 83826 | RESTRICT | 3,333 |
| 509849 | COURTNEY WILSON | 14187 QUINTON COURT A<br>MISSOULA MT 59808 | RESTRICT | 24,000 |
| 531962 | CRAIG S KRAUSE & CANDACE B CVANCARA JTTEN | 15973 LOYOLA DR<br>AURORA CO 80013 | RESTRICT | 6,250 |
| 531962 | CRAIG S KRAUSE & CANDACE B CVANCARA JTTEN | 15973 LOYOLA DR<br>AURORA CO 80013 | RESTRICT | 7,857 |
| 531962 | CRAIG S KRAUSE & CANDACE B CVANCARA JTTEN | 15973 LOYOLA DR<br>AURORA CO 80013 | RESTRICT | 832 |

| | | | | |
|---|---|---|---|---|
| 509940 | CYRUS VAUGHN | 820 N POST #202<br>SPOKANE WA 99201 | RESTRICT | 133,333 |
| 509704 | DALE RASMUSSEN | 29409 232ND AVE SE<br>BLACK DIAMOND WA 98010 | RESTRICT | 25,000 |
| 509704 | DALE RASMUSSEN | 29409 232ND AVE SE<br>BLACK DIAMOND WA 98010 | RESTRICT | 25,000 |
| 509704 | DALE RASMUSSEN | 29409 232ND AVE SE<br>BLACK DIAMOND WA 98010 | RESTRICT | 50,000 |
| 509704 | DALE RASMUSSEN | 29409 232ND AVE SE<br>BLACK DIAMOND WA 98010 | RESTRICT | 100,000 |
| 509846 | DALE ZOOK | 1818 N 4TH<br>COEUR D'ALENE ID 83814 | | 500 |
| 495260 | DAN ECKLES | 123 N COLLEGE AVE STE 350<br>FT COLLINS CO 80524 | | 7,500 |
| 512526 | DANIEL K VAUGHAN | PO BOX 389<br>PIERCE ID 83546 | RESTRICT | 35,000 |
| 512526 | DANIEL K VAUGHAN | PO BOX 389<br>PIERCE ID 83546 | RESTRICT | 100,000 |
| 512526 | DANIEL K VAUGHAN | PO BOX 389<br>PIERCE ID 83546 | RESTRICT | 100,000 |
| 512526 | DANIEL K VAUGHAN | PO BOX 389<br>PIERCE ID 83546 | RESTRICT | 100,000 |
| 509402 | DAVE GULLO &<br>DEBRA GULLO JTTEN | 99 RAVEN RIDGE<br>SANDPOINT ID 83864 | RESTRICT | 25,000 |
| 512525 | DAVID BEAL | 105 5TH AVE #11B<br>NEW YORK NY 10003 | RESTRICT | 25,000 |
| 499092 | DAVID BESHUNSKY &<br>LOIS BESHUNSKY JTTEN | PO BOX 168<br>WHITETHORN CA 95589 | | 70,000 |
| 510337 | DAVID GULLO &<br>DEBRA GULLO JT TEN | 99 RAVEN RIDGE<br>SANDPOINT ID 83864 | RESTRICT | 8,333 |
| 495259 | DAVID L DIEHL | 5962 SNOWY PLOVER CT<br>FT COLLINS CO 80528 | | 250 |
| 512533 | DAVID W SKALING | 46 WINTER ST<br>TOPSHAM ME 04086 | RESTRICT | 25,000 |
| 512026 | DELAWARE CHARTER GUARANTEE & TRUST CO TTEE FBO FELIX MARTINEZ JR MD IRA | 325 ST PAUL ST STE 800<br>DALLAS TX 75201 | RESTRICT | 33,334 |
| 495307 | DENIS J RICE &<br>CHERYL M RICE JT TEN | 24966 E GEDDES CIR<br>AURORA CO 80016 | | 6,250 |
| 496272 | DENNIS ERICKSON | 911 W KIDD ISLAND RD<br>COUR D'ALENE ID 83814 | RESTRICT | 5,000 |
| 499091 | DON SKINNER &<br>JULIE SKINNER JTTEN | 270 RAPID LIGHNING ROAD<br>SANDPOINT ID 83854 | | 150,000 |
| 499091 | DON SKINNER &<br>JULIE SKINNER JTTEN | 270 RAPID LIGHNING ROAD<br>SANDPOINT ID 83854 | | 200,000 |

| | | | | |
|---|---|---|---|---|
| 414015 | E*TRADE CLEARING LLC | 1981 MARUCS AVENUE 1ST FL<br>LAKE SUCCESS NY 11042 | | 300 |
| 500264 | ED SHORT | PO BOX 2728<br>COUER D'ALENE ID 83816 | | 5,000 |
| 495288 | EDWARD R GORAB | 16901 WILD PLUM CIR<br>MORRISON CO 80465 | | 125 |
| 495295 | ELLEN C HUSBAND | 5552 GOLF COURSE DRIVE<br>MORRISON CO 80465 | | 125 |
| 500267 | EMIL FATTU | 611 N HILL STREET<br>KELLOGG ID 83837 | RESTRICT | 2,500 |
| 499195 | FABIAN T ANDRES | 619 N KING JAMES LN<br>LIBERTY LAKE WA 99019 | RESTRICT | 150,000 |
| 499195 | FABIAN T ANDRES | 619 N KING JAMES LN<br>LIBERTY LAKE WA 99019 | RESTRICT | 50,000 |
| 499195 | FABIAN T ANDRES | 619 N KING JAMES LN<br>LIBERTY LAKE WA 99019 | RESTRICT | 100,000 |
| 499195 | FABIAN T ANDRES | 619 N KING JAMES LN<br>LIBERTY LAKE WA 99019 | RESTRICT | 100,000 |
| 499195 | FABIAN T ANDRES | 619 N KING JAMES LN<br>LIBERTY LAKE WA 99019 | RESTRICT | 33,333 |
| 499195 | FABIAN T ANDRES | 619 N KING JAMES LN<br>LIBERTY LAKE WA 99019 | RESTRICT | 33,333 |
| 509955 | FRANK S MOONEY | 4725 S MONACO ST STE 215<br>DENVER CO 80237 | RESTRICT | 350,000 |
| 504769 | GARY COURTNEY | PO BOX 1<br>PRATTSVILLE AR 72129 | RESTRICT | 60,000 |
| 495261 | GARY EMMERSON & DEE EMERSON JT TEN | 4622 WITHERS DR<br>FT COLLINS CO 80524 | | 1,250 |
| 481053 | GARY J CERIANI | 14788 W CEDAR AVE<br>GOLDEN CO 80401 | | 2,500 |
| 509845 | GARY LINDEBLAD | 4304 WEST WEST DRIVE<br>SPOKANE WA 99224 | RESTRICT | 4,000 |
| 531964 | GIUSEPPE DESSI | 55 GROSVENOR ST<br>LONDON UK 1 | RESTRICT | 34,091 |
| 531964 | GIUSEPPE DESSI | 55 GROSVENOR ST<br>LONDON UK 1 | RESTRICT | 42,857 |
| 531964 | GIUSEPPE DESSI | 55 GROSVENOR ST<br>LONDON UK 1 | RESTRICT | 4,540 |
| 496273 | GREGG L DEVRIES | 118 N LEE ST<br>SPOKANE WA 99202 | RESTRICT | 10,000 |
| 498421 | GREGORY SCHIFRIN | 1256 W ELMIRA RD<br>SANDPOINT ID 83864 | RESTRICT | 300,000 |
| 498421 | GREGORY SCHIFRIN | 1256 W ELMIRA RD<br>SANDPOINT ID 83864 | RESTRICT | 618,750 |
| 498421 | GREGORY SCHIFRIN | 1256 W ELMIRA RD<br>SANDPOINT ID 83864 | RESTRICT | 100,000 |
| 498421 | GREGORY SCHIFRIN | 1256 W ELMIRA RD<br>SANDPOINT ID 83864 | RESTRICT | 50,000 |
| 498421 | GREGORY SCHIFRIN | 1256 W ELMIRA RD<br>SANDPOINT ID 83864 | RESTRICT | 50,000 |

| | | | | |
|---|---|---|---|---|
| 498421 | GREGORY SCHIFRIN | 1256 W ELMIRA RD<br>SANDPOINT ID 83864 | RESTRICT | 100,000 |
| 495287 | GWEN GARRISON | 1025 OXFORD LN 65F<br>FT COLLINS CO 80525 | | 125 |
| 507464 | HENK UIJTERLINDE | 50-305 4625 VARSITY DRIVE<br>NW<br>CALGARY AB T3A 0Z9<br>CANADA 1 | | 20,262 |
| 496268 | HUGH T LACKIE | 701 INVERNESS LANE<br>SPOKANE WA 99223 | RESTRICT | 10,000 |
| 503657 | INTERNATIONAL TOWER<br>HILL MINES LTD | ATTN LAWRENCE TALBOT<br>STE 2300-1177<br>VANCOUVER BC V6E 2K3<br>FOREIGN 1 | RESTRICT | 250,000 |
| 503657 | INTERNATIONAL TOWER<br>HILL MINES LTD | ATTN LAWRENCE TALBOT<br>STE 2300-1177<br>VANCOUVER BC V6E 2K3<br>FOREIGN 1 | RESTRICT | 250,000 |
| 503657 | INTERNATIONAL TOWER<br>HILL MINES LTD | ATTN LAWRENCE TALBOT<br>STE 2300-1177<br>VANCOUVER BC V6E 2K3<br>FOREIGN 1 | RESTRICT | 250,000 |
| 512530 | JACQUELINE SUE RUCKER | PO BOX 269<br>PONDERAY ID 83852 | RESTRICT | 7,500 |
| 495317 | JAIME S WHITLOCK | 3002 W ELIZABETH ST UNIT<br>9F<br>FT COLLINS CO 80521 | | 625 |
| 498422 | JAMES BAUGHMAN | 9700 E LLIFF AVE D46<br>UPDT 8 29 11<br>DENVER CO 80231 | RESTRICT | 50,000 |
| 340168 | JAMES R SMITH | PO BOX 1028<br>FORT COLLINS CO 80522 | | 2,500 |
| 453319 | JAMES W CREAMER III | 1622 MONROE STREET<br>DENVER CO 80206 | | 313 |
| 453319 | JAMES W CREAMER III | 1622 MONROE STREET<br>DENVER CO 80206 | RESTRICT | 50,000 |
| 509847 | JEFF ZOOK | 2460 W POLO GREEN<br>POST FALLS ID 83854 | | 1,000 |
| 495258 | JENNIFER M CRUTCHFIELD | 234 ASPEN GROVE WAY<br>WINDSOR CO 80550 | | 125 |
| 495258 | JENNIFER M CRUTCHFIELD | 234 ASPEN GROVE WAY<br>WINDSOR CO 80550 | RESTRICT | 6,250 |
| 499102 | JERRY D BARNEY | 841 ANDREW RUN<br>CANYON LAKE TX 78133 | | 52,384 |
| 500268 | JESSE JENNINGS | 901 UPLAND DR<br>SANDPOINT ID 83864 | RESTRICT | 5,000 |
| 511061 | JIAN CHENG LI | 3538 JUNCTION BLVD #6F<br>CORONA NY 11368 | | 9,167 |
| 512362 | JOHN R COGHLAN | PO BOX 488<br>ST REGIS MT 59866 | RESTRICT | 20,000 |
| 500270 | JON WALDRUP | 2212 SAGLE RD<br>SAGLE ID 83860 | RESTRICT | 5,000 |

| | | | | |
|---|---|---|---|---|
| 361983 | JONI TROSKA | 1500 RED SKY COURT<br>FT COLLINS CO 80525 | | 17,500 |
| 361983 | JONI TROSKA | 1500 RED SKY COURT<br>FT COLLINS CO 80525 | BOOK<br>ENTRY | 25,000 |
| 361983 | JONI TROSKA | 1500 RED SKY COURT<br>FT COLLINS CO 80525 | RESTRICT | 15,000 |
| 453327 | JOSEPH C ZIMLICH | 262 E MOUNTAIN AVENUE<br>**ADDRESS UPDTD<br>04/26/11**<br>FT COLLINS CO 80524 | RESTRICT | 337,500 |
| 503684 | JOSEPH G LUBRANO | 272 WILLIAM STREET<br>PISCATAWAY NJ 08854 | RESTRICT | 9,091 |
| 503684 | JOSEPH G LUBRANO | 272 WILLIAM STREET<br>PISCATAWAY NJ 08854 | RESTRICT | 16,667 |
| 503684 | JOSEPH G LUBRANO | 272 WILLIAM STREET<br>PISCATAWAY NJ 08854 | RESTRICT | 15,909 |
| 495298 | JOSEPH X JENKINS &<br>KRISTYNN M JENKINS JT<br>TEN | 3702 S TIMBERLINE RD A<br>FT COLLINS CO 80525 | | 2,500 |
| 502071 | JULIAN BARROWCLIFFE | 103 GREENE STREET #3A<br>NEW YORK NY 10012 | | 400,000 |
| 502034 | KEVIN M CASSIDY | 321 SAWMILL LANE<br>WYCKOFF NJ 07481 | RESTRICT | 100,000 |
| 502034 | KEVIN M CASSIDY | 321 SAWMILL LANE<br>WYCKOFF NJ 07481 | RESTRICT | 50,000 |
| 453326 | KIMBERLY A MCDANIEL | 2447 STONECREST DR<br>**UPDTD 11/24/08**<br>FT COLLINS CO 80521 | RESTRICT | 337,500 |
| 509851 | LAUREN LAVIGNE | 221 CEDAR STREET<br>WALLACE ID 83873 | RESTRICT | 24,000 |
| 499093 | LESTER GOLDSTEIN | 24 MUIRFIELD ROAD<br>ROCKVILLE CENTRE NY<br>11570 | RESTRICT | 50,000 |
| 495255 | LISA K COLLETT | 4601 W 23RD ST<br>GREELEY CO 80634 | | 2,500 |
| 518449 | LONI KNEPPER | 3001 LOWER PACK RIVER<br>RD<br>SANDPOINT ID 83864 | RESTRICT | 50,000 |
| 500050 | LYNDA SCHIFRIN | 1336 W ELMIRA RD<br>SANDPOINT ID 83864 | RESTRICT | 30,000 |
| 506769 | MARC WEILL IRREVOCABLE<br>TRUST<br>W MICHAEL REICKERT &<br>JOAN H WEILL TTES | PO BOX 3977<br>ALBANY NY 12203 | RESTRICT | 16,667 |
| 506198 | MARK S MACKIN | 2627 E TRENT<br>SPOKANE WA 99202 | RESTRICT | 186,667 |
| 500275 | MARTIN CLEMETS | C/O JOAN POLZIN<br>WEST 441 14TH AVE<br>UPDTD ADD 10 18 11 REMLD<br>WMIA<br>SPOKANE WA 99204 | RESTRICT | 25,000 |

| | | | | |
|---|---|---|---|---|
| 453328 | MARY E KLEIN | 9875 S CLAIRTON WAY<br>HIGHLANDS RANCH CO<br>80126 | | 250 |
| 507472 | MATRIX MANAGEMENT 401<br>(K) FBO KARI<br>MILLER | C/O ENTRUST ARIZONA LLC<br>20860 N TATUM BLVD STE<br>240<br>PHOENIX AZ 85050 | | 17,222 |
| 507473 | MATRIX MANAGEMENT 401<br>(K) FBO LARRY<br>MILLER | C/O ENTRUST ARIZONA LLC<br>20860 N TATUM BLVD STE<br>240<br>PHOENIX AZ 85050 | | 8,915 |
| 495313 | MATTHEW STONE | 2343 E WIGAN CT<br>**BAD ADDRESS 4/4/11**<br>HIGHLANDS RANCH CO<br>80126 | | 250 |
| 495306 | MATTHEW T RAMSEY | 2632 PADDINGTON RD<br>FT COLLINS CO 80525 | | 250 |
| 495308 | MATTISON C SPERRY | 4601 W 23RD ST<br>GREELEY CO 80634 | | 375 |
| 512528 | MERRITT ELIZABETH<br>LANGWAY | 1706 HICKLRY ST<br>SANDPOINT ID 83864 | RESTRICT | 15,000 |
| 512528 | MERRITT ELIZABETH<br>LANGWAY | 1706 HICKLRY ST<br>SANDPOINT ID 83864 | RESTRICT | 15,000 |
| 512528 | MERRITT ELIZABETH<br>LANGWAY | 1706 HICKLRY ST<br>SANDPOINT ID 83864 | RESTRICT | 30,000 |
| 495294 | MERRY HUMMELL | 814 MAPLE STREET<br>FT COLLINS CO 80521 | | 7,500 |
| 494710 | MICHAEL J MCCLOSKEY | 7651 E 8TH AVE<br>**BAD ADDRESS 4/4/11**<br>DENVER CO 80230 | | 250 |
| 498001 | MICHAEL S JENSEN | BOX 3708<br>SPOKANE WA 99220 | RESTRICT | 100,000 |
| 498001 | MICHAEL S JENSEN | BOX 3708<br>SPOKANE WA 99220 | RESTRICT | 30,000 |
| 498001 | MICHAEL S JENSEN | BOX 3708<br>SPOKANE WA 99220 | RESTRICT | 33,333 |
| 507474 | MILLER MATRIX LLP | 16009 N 81ST STE 200<br>SCOTTSDALE AZ 85260 | | 14,386 |
| 542425 | MINEX EPLORATION | PO BOX 2183<br>SANDPOINT ID 83864 | RESTRICT | 5,543,350 |
| 498460 | MINING MINERALS LLC | 1256 W ELMIRA RD<br>SANDPOINT ID 83864 | RESTRICT | 900,000 |
| 498460 | MINING MINERALS LLC | 1256 W ELMIRA RD<br>SANDPOINT ID 83864 | | 1,000,000 |
| 498460 | MINING MINERALS LLC | 1256 W ELMIRA RD<br>SANDPOINT ID 83864 | | 1,000,000 |
| 498460 | MINING MINERALS LLC | 1256 W ELMIRA RD<br>SANDPOINT ID 83864 | | 1,000,000 |
| 498460 | MINING MINERALS LLC | 1256 W ELMIRA RD<br>SANDPOINT ID 83864 | RESTRICT | 600,000 |
| 494672 | NATHAN DOUDNEY | 2596 NW SHIELDS<br>BEND OR 97701 | RESTRICT | 200,000 |

| | | | | |
|---|---|---|---|---|
| 494672 | NATHAN DOUDNEY | 2596 NW SHIELDS<br>BEND OR 97701 | RESTRICT | 50,000 |
| 495300 | NATHAN LORENZ | 4105 GREEN RIDGE DRIVE<br>**ADDRESS UPDTD 10/28/11**<br>**BAD ADDRESS 4/4/11**<br>LAPORTE CO 80535 | | 1,000 |
| 500263 | NICK LYNN | 5929 S MOLINE WAY<br>ENGLEWOOD CO 80111 | RESTRICT | 100,000 |
| 495296 | NICOLE JAVERNICK | 5684 RED BRIDGE DRIVE<br>**ADDRESS UPDTD 11/3/11**<br>TIMNATH CO 80547 | RESTRICT | 6,250 |
| 507454 | PATRICIA MILLER | 1911-107TH AVE SW<br>CALGARY AB CANADA T2W 1E2<br>CALGARY 1 | | 2,026 |
| 361973 | PATRICK KANOUFF | 3342 EGRET COURT<br>FORT COLLINS CO 80528 | RESTRICT | 10,000 |
| 495293 | PAUL HUDNUT &<br>ANN HUDNUT JT TEN | 1230 W MOUNTAIN AVE<br>FT COLLINS CO 80521 | | 5,000 |
| 507425 | PERRY LEROY MILLER | 1229 E FIRESIDE LN<br>SPOKANE WA 99208 | | 400,000 |
| 499099 | RACHEL PULIS | PO BOX 1008<br>VERADALE WA 99037 | RESTRICT | 209,797 |
| 499196 | RALPH SLETAGER | 10494 N BOYER AVE<br>SANDPOINT ID 83864 | RESTRICT | 50,000 |
| 499196 | RALPH SLETAGER | 10494 N BOYER AVE<br>SANDPOINT ID 83864 | RESTRICT | 50,000 |
| 499196 | RALPH SLETAGER | 10494 N BOYER AVE<br>SANDPOINT ID 83864 | RESTRICT | 16,667 |
| 495257 | REBECCA CRAMER | 11328 GREEN ST<br>FT COLLINS CO 80524 | | 625 |
| 495289 | RENEE HANSON | 1226 FORRESTAL DR<br>FT COLLINS CO 80526 | RESTRICT | 6,250 |
| 495290 | RENEE HANSON &<br>GREG HANSON JT TEN | 1226 FORRESTAL DR<br>FT COLLINS CO 80526 | | 125 |
| 495254 | RICHY BJELKEVIG &<br>TERESITA BJELKEVIG JT TEN | 4420 FILBERT DR<br>LOVELAND CO 80538 | | 3,750 |
| 495305 | ROBERT D PAUL | 1715 FALCON RIDGE DR<br>FT COLLINS CO 80528 | | 250 |
| 461559 | ROBERT NEIMEYER | 1073 WHITE HAWK RANCH DR<br>BOULDER CO 80303 | | 4,000 |
| 495316 | ROGER WARREN &<br>SUSAN D WARREN JT TEN | 1604 W VINE DR<br>FT COLLINS CO 80521 | | 7,500 |
| 509848 | RONALD LAVIGNE | 21 SUNSET AVE<br>SILVERTON ID 83867 | RESTRICT | 5,000 |
| 495318 | SCOTT W WILKINSON | 11456 HARLAN ST<br>WESTMINSTER CO 80020 | | 125 |

| | | | | |
|---|---|---|---|---|
| 507433 | SHERI BARTON | 43 CULLEN CREEK EST<br>CALGARY ALBERTA<br>CANADA<br>CALGARY 1 | | 7,295 |
| 455042 | SILVER FOX LLC | 27 WAST 65TH APT 10C<br>NEW YORK NY 10021 | | 50,000 |
| 505376 | SILVER FOX LLC | 575 MADISON AVE 10TH<br>FLOOR<br>NEW YORK NY 10022 | RESTRICT | 50,000 |
| 505376 | SILVER FOX LLC | 575 MADISON AVE 10TH<br>FLOOR<br>NEW YORK NY 10022 | RESTRICT | 50,000 |
| 506848 | SILVER VERDE MAY MINING<br>INC | PO BOX 469<br>WALLACE ID 83873 | RESTRICT | 37,500 |
| 506848 | SILVER VERDE MAY MINING<br>INC | PO BOX 469<br>WALLACE ID 83873 | RESTRICT | 5,000 |
| 506848 | SILVER VERDE MAY MINING<br>INC | PO BOX 469<br>WALLACE ID 83873 | RESTRICT | 316,250 |
| 495297 | STAN JAVERNICK &<br>NICOLE JAVERNICK JT TEN | 5684 RED BRIDGE DRIVE<br>**ADDRESS UPDTD 11/3/11**<br>TIMNATH CO 80547 | | 1,250 |
| 495314 | STEVE TAYLOR &<br>LESLIE TAYLOR JT TEN | 5409 APPLE DR<br>FT COLLINS CO 80526 | | 3,750 |
| 512529 | TEDDI K STINTON | PO BOX 87<br>LACLEDE ID 83841 | RESTRICT | 15,000 |
| 512529 | TEDDI K STINTON | PO BOX 87<br>LACLEDE ID 83841 | RESTRICT | 15,000 |
| 512529 | TEDDI K STINTON | PO BOX 87<br>LACLEDE ID 83841 | RESTRICT | 30,000 |
| 496271 | THOMAS A BLACK | 930 W 2ND AVENUE<br>SPOKANE WA 99201 | RESTRICT | 10,000 |
| 500269 | THOMAS CULLY | 1463 HARTO ST<br>VANCOUVER BC<br>CANADA VBG 1G2<br>WMIA RTND 6/28/11<br>FOREIGN 1 | RESTRICT | 2,500 |
| 502073 | THOMAS H PETERSON | 5418 NORTHSHORE DRIVE<br>FRISCO TX 75034 | RESTRICT | 33,367 |
| 536773 | URENERGY | 1388 MEYERWOOD LANE<br>HIGHLANDS RANCH CO<br>80129 | RESTRICT | 266,667 |
| 495304 | VALERI PAPPAS | 1350 17TH ST STE 400<br>DENVER CO 80202 | | 125 |
| 509841 | WENDELL D HOLT | 10695 W 17TH PLACE #352<br>LAKEWOOD CO 80215 | RESTRICT | 66,667 |
| 495320 | WEST MOUNTAIN<br>FOUNDERS GROUP | 181 W BOARDWALK DRIVE<br>STE 202<br>FT COLLINS CO 80525 | RESTRICT | 10,000 |
| 495321 | WEST MOUNTAIN PRIME<br>LLC | 262 E MOUNTAIN AVE<br>FT COLLINS CO 80524 | RESTRICT | 1,000,000 |

| | | | | |
|---|---|---|---|---|
| 502035 | WESTMOUNTAIN ASSET MANAGEMENT INC | 181 W BOARDWALK DRIVE STE 202 FORT COLLINS CO 80525 | RESTRICT | 866,000 |
| 508859 | WHITE OAK CAPITAL LLC | 701 5TH AVE STE 2800 SEATTLE WA 98104 | RESTRICT | 200,000 |
| 512527 | WILEY W HURT | 1117 KINNIKINNIK SANDPOINT ID 83864 | RESTRICT | 7,500 |
| 506197 | WILLIAM ANDRES | 1514 TERRANCE LANE LIBERTY LAKE WA 99019 | RESTRICT | 50,000 |
| 506197 | WILLIAM ANDRES | 1514 TERRANCE LANE LIBERTY LAKE WA 99019 | RESTRICT | 100,000 |
| 506197 | WILLIAM ANDRES | 1514 TERRANCE LANE LIBERTY LAKE WA 99019 | RESTRICT | 100,000 |
| 506197 | WILLIAM ANDRES | 1514 TERRANCE LANE LIBERTY LAKE WA 99019 | RESTRICT | 33,333 |
| 506197 | WILLIAM ANDRES | 1514 TERRANCE LANE LIBERTY LAKE WA 99019 | RESTRICT | 33,333 |
| 537901 | WILLIAM HENRY BREEN IV | 105 HIGHLAND AVE HOPE ID 83836 | RESTRICT | 25,000 |
| 537901 | WILLIAM HENRY BREEN IV | 105 HIGHLAND AVE HOPE ID 83836 | | 25,000 |
| 510334 | WILLIAM KELLY | 93 GLENMERE DR CHATMAN NJ 07922 | RESTRICT | 33,333 |
| 502256 | WILLIAM M KELLY | 93 GLENMERE DRIVE CHATHAM NJ 07922 | RESTRICT | 36,364 |
| 499101 | YENRAB INVESTING CLUB | 841 ANDREW RUN c/o jerry barney CANYON LAKE TX 78133 | | 138,100 |