| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **WestMountain Gold, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | **17-11527-JGR** |

■ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BOCO Investments, LLC<br>262 East Mountain Avenue<br>Fort Collins, CO 80524 | joef@bohemiancompanies.com | All assets, mining claims and leases | | $6,488,121.00 | $2,600,000.00 | $3,888,121.00 |
| Giuseppe Dessi<br>Method Investment and Advisory<br>32 Saint Oswald's Place<br>London, UK SE11 5JE | | | | | | $1,000,000.00 |
| Logic International Consulting Group LLC<br>711 Fifth Avenue<br>Sixteenth Floor<br>New York, NY 10022 | | Trade Debt | Disputed | | | $455,000.00 |
| Ruen Drilling, Inc.<br>P.O. Box 267<br>2320 River Road<br>Clark Fork, ID 83811 | | Trade Debt | | | | $256,091.89 |
| Skinner Gold Note | | Loan | | | | $250,761.00 |
| Lyntek Incorporated<br>1550 Dover Street<br>Lakewood, CO 80215 | | Trade Debt | Disputed | | | $209,650.64 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | 1099 Taxes | | | | $206,671.23 |
| Andres Brothers | | Loan | | | | $200,000.00 |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **WestMountain Gold, Inc.** Case number *(if known)* **17-11527-JGR**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| James Baugman<br>2090 South Joliet Street<br>Aurora, CO 80014 | | Payroll | | | | $72,725.72 |
| Greg Schifrin | | Payroll | | | | $60,000.00 |
| Fifth Avenue Law Group, Inc.<br>701 Fifth Avenue<br>Suite 2800<br>Seattle, WA 98104 | | Trade Debt | Disputed | | | $58,680.54 |
| EKS&H<br>7979 East Tufts Avenue<br>Suite 400<br>Denver, CO 80237-2521 | | Trade Debt | | | | $55,000.00 |
| Mark Scott<br>2360 Yale Avenue East<br>#5<br>Seattle, WA 98102 | | Payroll | | | | $48,000.00 |
| Behre Dolbear & Company<br>6430 South Fiddlers Green Circle<br>Suite 250<br>Greenwood Village, CO 80111 | | Trade Debt | Disputed | | | $19,995.47 |
| Lake and Peninsula Airlines, Inc.<br>3323 Dry Creek<br>Port Alsworth, AK 99653 | | Trade Debt | | | | $19,105.00 |
| ALS Minerals, Inc.<br>4977 Energy Way<br>Reno, NV 89502 | | Trade Debt | | | | $18,351.53 |
| Gustavson Associates, LLC<br>5757 Central Avenue<br>Suite D<br>Boulder, CO 80301 | | Trade Debt | | | | $18,017.66 |
| Noise Production, Inc.<br>105 5th Avenue<br>Apt. 11b<br>New York, NY 10003-1018 | | Trade Debt | | | | $16,750.00 |
| Remote Fuels<br>3995 Elder Circle<br>Wasilla, AK 99654 | | Trade Debt | | | | $13,499.26 |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **WestMountain Gold, Inc.** Case number *(if known)* **17-11527-JGR**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Casimir Capital, L.P.<br>888 7th Avenue<br>27th Floor<br>New York, NY 10106 | | Trade Debt | Disputed | | | $12,500.00 |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy